UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE,

Plaintiff,

- against -

BADESOFA – THE HOMESPA COMPANY CORP.,

Defendant.

26-CV-5415 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 1, 2026, Defendant sought and obtained an extension of the deadline to respond to the complaint through November 4, 2026. (Dkt. 13.) Defendant explained the extension would "allow the parties to finalize an agreement that will result in the voluntary dismissal of all claims asserted in this action." (*Id.*) Nothing further has been filed. Accordingly, by **November 25, 2026**, the parties shall file a joint status report.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2026
New York, New York

Copies transmitted this date to all counsel of record.